1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11    JANNA SCHUDDE, individually and on
      behalf of all others similarly situated,          Case No. 2:24-cv-01215-RSM
12
                    Plaintiff,
13                                                       ORDER GRANTING PLAINTIFF JANNA
              v.                                         SCHUDDE'S MOTION TO SEAL
14
      DREAM GAMES TEKNOLOJİ ANONİM
15    ŞİRKETİ, a foreign corporation,
16                  Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING
PLAINTIFF'S MOTION TO SEAL
(No. 2:24-cv-01215-RSM)

The Court, having considered the Motion to Seal filed by Plaintiff Janna Schudde and the Response in Support of Plaintiff Janna Schudde's Motion to Seal filed by Defendant Dream Games Teknoloji Anonim Şirketi ("Defendant"), and other related papers in opposition and in support of the Motion, and any attachments thereto, HEREBY ORDERS as follows:

1.   Plaintiff's Motion to Seal, Dkt. #40, is GRANTED.

2.   The unredacted version of Plaintiff's Supplemental Brief in Opposition to Defendant's Motion to Dismiss and Exhibits 2 and 3 to Declaration of Omer Salik in Support of Plaintiff's Supplemental Brief in Opposition to Defendant's Motion to Dismiss shall be kept under seal.

**IT IS SO ORDERED.**

DATED this 14th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE