UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

JANNA SCHUDDE, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

DREAM GAMES TEKNOLOJİ ANONİM ŞİRKETİ, a foreign corporation,

        Defendant.

Case No. 2:24-cv-1215-RSM

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES
Case No. 2:24-cv-1215-RSM

THIS MATTER came before the Court on the parties' Stipulated Motion for Extension of Case Deadlines.  Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendant Dream Games Teknoloji Anonim Şirketi to answer the First Amended Complaint is hereby extended until January 23, 2026.  The parties shall submit a Joint Status Report and Rule 26(f) Discovery Plan by January 9, 2026 proposing new case deadlines and an updated discovery plan.

IT IS SO ORDERED.

DATED this 19th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE