UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANNA SCHUDDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DREAM GAMES TEKNOLOJİ ANONİM ŞİRKETİ, a foreign corporation,<br><br>Defendant. | No. 2:24-cv-01215-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT**<br><br>**CLERK'S ACTION REQUIRED** |

THIS MATTER came before the Court on the Stipulated Motion for Withdrawal and Substitution of Counsel for Defendant Dream Games Teknoloji Anonim Şirketi. Consistent with the requirements of LCR 83.1, counsel for Plaintiff signed the stipulated motion and the discovery cutoff is more than sixty (60) days out. The Motion is **GRANTED**:

1. Current counsel Edward Totino, Benjamin Turner, and Tom Tysowsky of Baker & McKenzie LLP and Jeffrey Coopersmith of Corr Cronin LLP are granted leave to withdraw as counsel for Defendant. The Clerk of Court will reflect above-listed counsel as terminated.

2. Vanessa Soriano Power of Stoel Rives LLP will serve as substitute local counsel for purposes of the *pro hac vice* admissions of Steven Feldman, H. Josh Ji, and Jooyoung Yeu of Latham & Watkins LLP.

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR DEFENDANT - 1

151314514.1 0077042-00001

1    SO ORDERED this 5th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2

151314514.1 0077042-00001