UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANNA SCHUDDE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DREAM GAMES TEKNOLOJİ ANONİM ŞİRKETİ, a foreign corporation,

Defendant.

Case No. 2:24-cv-01215-RSM

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

Having considered the stipulation of the Parties, the Court **GRANTS** the Stipulated Motion to Extend Time to Answer Complaint.  The deadline for Defendant Dream Games Teknoloji Anonim Şirketi to respond to the First Amended Complaint shall be April 23, 2026, or if Plaintiff files an amended or consolidated complaint, to another date to be agreed upon by the Parties.

**SO ORDERED** this 26th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO ANSWER COMPLAINT - 1