UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANNA SCHUDDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DREAM GAMES TEKNOLOJİ ANONİM ŞİRKETİ, a foreign corporation,<br><br>Defendant. | Case No. 2:24-cv-01215-RSM<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO CONSOLIDATE UNDER FED. R. CIV. P. 42 AND LCR 42** |
| LORNA VOLLMUTH AND STEPHANIE STRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DREAM GAMES TEKNOLOJİ ANONİM ŞİRKETİ,<br><br>Defendant. | Case No. 2:26-cv-00513 |

Before the Court is the Parties' Joint Stipulated Motion to Consolidate Under Fed. R. Civ. P. 42 and LCR 42 (the "Motion"). C24-1215, Dkt. #67, and C26-513, Dkt. #78. Under Federal Rule of Civil Procedure 42(a)(2), the Court may consolidate actions that involve a common question of law or fact. Because these two Actions are being brought against the same Defendant

ORDER GRANTING JOINT STIPULATED
MOTION TO CONSOLIDATE UNDER FRCP 42
AND LCR 42 - 1

and allege materially similar facts and legal theories, the Court finds consolidation is appropriate.[1] Accordingly, the Court **GRANTS** the Joint Stipulated Motion to Consolidate Under Fed. R. Civ. P. 42 and LCR 42.

The Court hereby consolidates the above-captioned actions. All future filings and orders regarding these cases will be filed under *Schudde v. Dream Games Teknoloji Anonim Şirketi*, No. 2:24-cv-01215-RSM (W.D. Wash.), Case No. 2:24-cv-01215-RSM.

The Court further issues the following case schedule:

1.  Plaintiffs will file a consolidated complaint on or before 21 days after this Court enters an order consolidating the Actions;

2.  Defendant agrees to accept service of the consolidated complaint;

3.  Defendant's deadline to answer or otherwise respond to the consolidated complaint will be on or before 30 days after the filing of the consolidated complaint;

4.  Plaintiffs will file any opposition to Defendant's pleading challenges on or before 21 days after any such motion;

5.  Defendant will file a reply on or before 14 days after Plaintiffs' opposition;

6.  Defendant will not bring any pleading challenges under Rule 9, Rule 12, or other applicable rules to the consolidated complaint that were already adjudicated in the *Schudde* Action (including personal jurisdiction and sufficiency of Washington causes of action) or otherwise waived under Rule 12(h);

7.  Defendant may only bring Rule 9, Rule 12, or other pleading challenges with respect to the sufficiency of claims based on California law in the consolidated complaint; however, Defendant reserves the right to bring Rule 9, Rule 12, or other pleading challenges with respect to claims or allegations in the consolidated complaint that are not currently set forth in the operative complaints in the Actions; and

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

ORDER GRANTING JOINT STIPULATED
MOTION TO CONSOLIDATE UNDER FRCP 42
AND LCR 42 - 3

8. The case schedule in the *Schudde* Action (Dkt. No. 63) will remain in place; however, any class certification discovery that is specific to California claims (other than sales data) will be stayed until the Court's resolution of Defendant's pleading challenges, and that the Parties will meet and confer regarding any future need to extend the current case schedule set by the Court.

**SO ORDERED** this 17th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATED
MOTION TO CONSOLIDATE UNDER FRCP 42
AND LCR 42 - 3