UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANNA SCHUDDE and LORNA VOLLMUTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DREAM GAMES TEKNOLOJİ ANONİM ŞİRKETİ, a foreign corporation,<br><br>Defendant. | Case No.  2:24-cv-1215-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTY DEFENDANT AND UPDATE CASE CAPTION** |

Order

Before the Court is the Parties' Stipulated Motion to, pursuant to Federal Rule Civil Procedure 25(c), to substitute Dream Games Dijital Teknolojiler Anonim Şirketi as the named Defendant in place of Dream Games Teknoloji Anonim Şirketi.

On November 6, 2025, Defendant advised the Court of a merger through which Dream Games Dijital Teknolojiler Anonim Şirketi became the surviving entity and successor in interest to Dream Games Teknoloji Anonim Şirketi. Dkt. No. 49. As a result of the merger, Dream Games Teknoloji Anonim Şirketi ceased to exist as a legal entity. Dream Games Dijital Teknolojiler Anonim Şirketi is the surviving entity and successor in interest to Dream Games Teknoloji Anonim Şirketi. As the surviving entity, Dream Games Dijital Teknolojiler Anonim Şirketi has assumed all liabilities of Dream Games Teknoloji Anonim Şirketi, including any and all liabilities arising out of or related to the claims asserted in this action.

Accordingly, the Court **GRANTS** the Stipulated Motion to Substitute Party Defendant and Update Case Caption pursuant to Federal Rule of Civil Procedure 25(c) and **ORDERS** that:

(a) Dream Games Dijital Teknolojiler Anonim Şirketi is substituted as the named Defendant in this action in place of Dream Games Teknoloji Anonim Şirketi;

(b) All future filings and case captions shall reflect Dream Games Dijital Teknolojiler Anonim Şirketi as the Defendant.

SO ORDERED this 26th day of June, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

1

Order