UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANNA SCHUDDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DREAM GAMES TEKNOLOJİ ANONİM ŞİRKETİ, a foreign corporation,<br><br>Defendant. | Case No. C24-1215RSM<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |

Before this Court is the Parties' Joint Stipulated Motion to Modify the Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16. For the reasons set forth in the Joint Stipulated Motion, good cause exists to modify the Scheduling Order. Accordingly, the Court GRANTS the Joint Stipulated Motion to Modify Scheduling Order and issues the following modified case schedule:

| Event | Deadline |
|---|---|
| Class Certification (Fact) Discovery Cutoff | December 19, 2026 |
| Plaintiffs' Expert Report(s)/Declaration(s) re Class Certification Issues | February 19, 2027 |
| Class Certification Brief | March 5, 2027 |
| Deadline for Defendant to Depose Plaintiffs' Expert(s)* | March 26, 2027 |

ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER - 1

| Defendant's Expert Report(s)/Declaration(s) re Class Certification Issues | April 9, 2027 |
|---|---|
| Opposition to Class Certification | April 23, 2027 |
| Deadline for Plaintiff to Depose Defendant's Expert(s)* | May 10, 2027 |
| Expert Discovery Cutoff | May 10, 2027 |
| Reply in Support of Class Certification | May 14, 2027 |

SO ORDERED this 26th day of June, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER - 2